B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. **10–33038**
**Chapter 13**

**In re** Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tanya T Robinson
6842 Eastern Oaks Court
Montgomery, AL 36117

Social Security / Individual Taxpayer ID No.:
xxx–xx–2624

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: April 27, 2015

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                  United States Bankruptcy Court
                                   Middle District of Alabama
In re:                                                                  Case No. 10-33038-DHW
Tanya T Robinson                                                        Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                 Page 1 of 1                   Date Rcvd: Apr 27, 2015
                              Form ID: B18W                 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db           +Tanya T Robinson,    6842 Eastern Oaks Court,    Montgomery, AL 36117-7602
aty          +Caitlin E. Bouldin,    Stephens Millirons, P.C.,    PO Box 307,   Huntsville, AL 35804-0307
aty          +Leonard N. Math,    Chambless & Math,    P.O. Box 230759,   Montgomery, AL 36123-0759
aty          +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,   Montgomery, AL 36101-0201
aty          +Steven Jeffery Shaw,    Stevens Millirons P.C.,    120 Seven Cedars Dr. SE,
               HUNTSVILLE, AL 35802-1692
cr            Chase Home Finance, LLC.,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
cr            JPMORGAN CHASE BANK, N.A.,    Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA  71203
2228887       Alabama State Employees Credit Union,    c/o Richard C. Dean, Jr.,    PO Box 1028,
               Montgomery, AL 36101-1028
2228888       CHASE MORTGAGE,    PO BOX 24696,   Columbus, OH 43224-0696
2228889      +CITIFINANCE,    300 St. Paul Place,    Baltimore, MD 21202-2120
2252130       Chase Home Finance, LLC,    P.O. Box 182106,    Columbus, OH 43218-2106
2228884       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2228886       EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
2354914       JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
               Monroe, LA 71203
2228891      +PARNELL & CRUM,    P.O. BOX 2189,    MONTGOMERY, AL 36102-2189
2228885      +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: ch13montgomery@ch13mdal.com Apr 27 2015 20:40:22      Curtis C. Reding,
               P. O. Box 173,   Montgomery, AL 36101-0173
2269338      +E-mail/Text: dhornsby@asecu.org Apr 27 2015 20:39:51       ASECU,   PO BOX 231150,
               MONTGOMERY, AL 36123-1150
2228890      +E-mail/Text: carol.brensing@usdoj.gov Apr 27 2015 20:39:29      HON. PATRICIA CONOVER,
               ASSISTANT UNITED STATES ATTY.,    P.O. BOX 197,   MONTGOMERY, AL 36101-0197
2228892      +EDI: NAVIENTFKASMSERV.COM Apr 27 2015 20:28:00      SALLIE MAE,   1002 ARTHUR DRIVE,
               Lynn Haven, FL 32444-1683
2245769       EDI: NAVIENTFKASMGUAR.COM Apr 27 2015 20:28:00      Sallie Mae Inc. on behalf of USA FUNDS,
               Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
2268344       EDI: ECAST.COM Apr 27 2015 20:28:00     eCAST Settlement Corporation assignee of,
               CitiFinancial Inc,    POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           CHASE HOME FINANCE, LLC,    P.O. Box 182106,    Columbus, OH  43218-2106
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Caitlin E. Bouldin    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkcourtmail@smpclaw.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Leonard N. Math    on behalf of Creditor    Alabama State Employees Credit Union
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Tanya T Robinson rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                              TOTAL: 5
```